Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Hilda Mendoza, et al., <br><br> Defendants. | CASE NO. 1:15-cv-00660-GEB-SMS <br><br> ORDER (Proposed) |

## ORDER (Proposed)

    It is hereby ordered that the Scheduling Conference in civil action number 1:15-cv-00660-GEB-SMS styled *J & J Sports Productions, Inc. v. Mendoza, et al.*, is hereby continued to October 26, 2015, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

    Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:  August 12, 2015

                                                  _____
                                                GARLAND E. BURRELL, JR.
                                                Senior United States District Judge