UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HILDA MENDOZA, JOSE A. MENDOZA, MARIA SOCORRO PRADO, AND ROBERTO PRADO, individually and d/b/a AGAVE NIGHT CLUB, <br><br> Defendants. | No.  1:15-cv-00660-GEB-SMS <br><br> **ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Plaintiff's Status Report filed October 12, 2015, reveals this case is not in a procedural posture to be scheduled. Therefore, the status conference scheduled for hearing on October 26, 2015, is continued to commence at 9:00 a.m. on January 19, 2016. Plaintiff shall file a status report no later than fourteen (14) days prior to the status conference, in which it shall address the status of the default proceedings.

IT IS SO ORDERED.

Dated:  October 20, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1