UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc. ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Hilda Mendoza, et al.,<br><br>　　　　　Defendant. | Case No. 1:15-cv-660-MCE-SMS<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant in the amount of $7,500.00:

Hilda Mendoza, Jose A. Mendoza, Maria Socorro Prado, and Roberto Prado

January 27, 2016　　　　　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: /s/  K. Zignago, Deputy Clerk